IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GUY DENNIS KING**                                                  **PLAINTIFF**

VS.                    **CASE NO. 4:12CV00130 HDY**

**MICHAEL ASTRUE, Commissioner,**
     **Social Security Administration**                          **DEFENDANT**

**ORDER**

The plaintiff's motion for extension of time (docket entry no. 10) is granted, and the plaintiff is directed to submit his brief on or before August 31, 2012.  The defendant's brief shall be due 42 days from the date that plaintiff's brief is served.

IT IS SO ORDERED this   31   day of July, 2012.

                                               UNITED STATES MAGISTRATE JUDGE